UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Tietjen, Alexander
              Plaintiff(s),

       -v-

City of New York, et al.
              Defendant(s).
-------------------------------------------------------X

**Case Management Plan**

09 cv. 1305 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by  6/8/09

(ii)   Amend the pleadings by  6/8/09

(iii)  All discovery to be expeditiously completed by  ~~9/9/09~~ 9/11/09 (FACT + EXPERT)

(iv)   Consent to Proceed before Magistrate Judge  No

(v)    Status of settlement discussions  Plaintiff has issued a demand

9/14/09 @ 9:00 AM with principals

Sections vi through xi will be set at conference with the Court.

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____

SO ORDERED: New York, New York
           5/12/09

RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/09